U. S. Fidelity, etc., Co. *v.* Hoosier Desk Co.—86 Ind. App. 739.

ROBERTSON BROTHERS COMPANY *v.* WHALEY ET AL.

[No. 12,833.   Filed March 11, 1927.   Rehearing denied May 27, 1927.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between the Robertson Brothers Company and Laverne Whaley and others. From the award made, the former appeals. *Affirmed.* By the court in banc.

*Van W. Whiting, Shively & Gilmer* and *Walter R. Arnold,* for appellant.

*Woodson S. Carlisle* and *Parker, Crabill, Crumpacker & May,* for appellees.

PER CURIAM.—Affirmed.

Dausman, J., absent.

---

UNITED STATES FIDELITY AND GUARANTY COMPANY ET AL. *v.* HOOSIER DESK COMPANY.

[No. 12,726.   Filed March 31, 1927.   Rehearing denied June 10, 1927.]

From Pike Circuit Court; *Samuel E. Dillon,* Judge.

Action between the United States Fidelity and Guaranty Company and another and the Hoosier Desk Company. From the judgment rendered, the former appeal. *Affirmed.* By the court in banc.

*John K. Chappell, Moses B. Lairy, Edward E. Gates, Frederick Van Nuys, George M. Barnard, Julian C. Ralston* and *Raymond L. Walker,* for appellants.

*W. E. Cox* and *Carl Gray,* for appellee.

PER CURIAM.—Appellee having remitted $64.85 of the judgment for $560.95 in its favor, as of the date thereof, judgment for $496.10 is affirmed.

Dausman, J., absent.

ON PETITION FOR REHEARING.

NICHOLS, J.—Appellant in his petition for rehearing says that there is no remittitur of any kind in this case. Appellee in its brief says that it remits $64.10 of the judgment. If appellee will file a certificate of the clerk of the Pike Circuit Court that it has remitted $64.10 of the judgment herein as of the date of the verdict, within thirty days from this date, the petition for rehearing is hereby denied. Otherwise, the petition is granted.